MAZZOLA LINDSTROM LLP
Shan (Jessica) Chen
*Counsel for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280
(m) 347-652-9046
jessica@mazzolalindstrom.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------------x
ZURICH INSURANCE PLC a/s/o Leo Schachter
Diamonds LLC,

               Plaintiff,

       -against-

SAM MILLER and ALLEN MILLER

               Defendants.
---------------------------------------------------------------------x

Civil Action No.:

**Complaint**

     Plaintiff Zurich Insurance PLC a/s/o Leo Schachter Diamonds LLC ("plaintiff"), by and through their undersigned attorney, alleges as follows for its complaint against defendants Sam Miller and Allen Miller:

**Parties and Non-Parties**

1.     At all material times, plaintiff Zurich Insurance PLC was and is a London-based, engaged in the business of providing insurance coverage to New York residents and New York businesses.

2.     Non-party ALM Jewelry Corp. was and is a New York corporation, with its principal place of business at 17-19 West 45th Street, Suite 807, in New York City.

3.     Non-party Touch of Class Enterprises, Inc. ("TOC") was and is a New York corporation, with its principal place of business at 3393 Long Beach Road, Oceanside, New York, 11572.

1

4.      Defendant Sam Miller was and is an owner or manager of ALM and TOC, and is himself a jeweler.

5.      Defendant Allen Miller was and is an owner or manager of ALM and TOC, and is himself a jeweler.

6.      Defendant Sam Miller is a resident of the State of New Jersey, with his addresses last known at 6 Millie Lane in the City of East Hanover, Morris County, New Jersey, 07936, and/or 88 Falcon Rd in the City of Livingston, Essex County, New Jersey, 07039.

7.      Defendant Allen Miller is a resident of the State of New Jersey, with his addresses last known at 3 Hawthorne Pace, City of Basking Ridge, Somerset County, New Jersey 07920 and/or 1155 Fairfield Rd., City of Bridgewater, Somerset County, New Jerey 08807.

8.      Non-party subrogor Leo Schachter Diamonds LLC was an insured of Zurich, and is a New York corporation, with its principal place of business at 50 West 47th Street, Suite 2100, in New York City.

9.      Schacter was insured against losses of its diamonds by Zurich, under a "Jewelers Block Policy," Policy No. OC585199-04, with a coverage period of May 1, 2018 to May 1, 2019, and coverage limits of $20,000,000.00, with a $50,000 deductible and an additional 10% co-insurance provision.

<strong>Diversity Jurisdiction and Venue</strong>

10.     The court possesses jurisdiction over this case pursuant to 28 U.S.C. §1332(a), as there is diversity between citizens of different states (that is, Zurich is a domiciliary of the United Kingdom; the defendants are residents of New Jersey), and the amount in controversy exceeds $75,000.

11.     Venue is proper in this case pursuant to 28 U.S.C. §1391(b), as defendants are residents of the State of New Jersey.

**Factual Background**

12.    This is an action to domesticate in New Jersey a New York judgment entered by the Supreme Court of the State of New York, County of New York against (inter alia) Sam Miller and Allen Miller.

13.    On May 9, 2019, plaintiff Zurich Insurance PLC a/s/o Leo Schachter Diamonds LLC, brought an action against ALM Jewelry Corp., Touch of Class Enterprises, Inc., Sam Miller and Allen Miller in the Supreme Court of the State of New York, County of New York.

14.    ALM and Touch of Class, and their principals Sam Miller and Allen Miller had "lost" subrogor Schachter's diamonds. Zurich, which provided first-party coverage to Schachter, indemnified the loss, and was thereby subrogated to Schachter's rights.

15.    The Supreme Court, New York County granted judgment in Zurich's favor and against ALM, Touch of Class, Sam Miller and Allen Miller, jointly and severally, on March 30, 2023, in the amount of $540.438.11 (See Exhibit A. Judgment).

16.    The judgment debtors have failed to pay the judgment, and Zurich therefore brings this action to domesticate the judgment in New Jersey, so that it may be enforced against Sam Miller and Allen Miller, who are New Jersey residents.

***

**WHEREFORE**, plaintiff Zurich Insurance PLC prays that this Court enter judgment in its favor and against defendants Sam Miller and Allen Miller in the amount of $540,428,11, plus interest and costs.

Dated:  New York, New York
        February 5, 2026

                                Respectfully submitted,

                                MAZZOLA LINDSTROM, LLP

                                _____
                                Shan (Jessica) Chen
                                *Counsel for plaintiff*
                                1350 Avenue of the Americas, 2nd Floor
                                New York, New York 10019
                                (d) 646-416-6280
                                (m) 347-652-9046
                                jessica@mazzolalindstrom.com