# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 2:26-CV-01182-JKS-CF

Plaintiff:
**ZURICH INSURANCE PLC a/s/o Leo Schachter Diamonds LLC,**

vs.

Defendant:
**SAM MILLER and ALLEN MILLER**

For:
SHAN CHEN, ESQ
MAZZOLA LINDSTROM LLP
1350 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Received these papers on the 27th day of February, 2026 at 9:12 am to be served on **Allen Miller, 1155 Fairfield Road, Bridgewater, NJ 08807.**

I, Thomas Moraghan, do hereby affirm that on the **2nd day of March, 2026** at **3:11 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons, Complaint, Civil Cover Sheet, Exhibit A, Corporate Disclosure Statement and Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1(a)(2)** with the date and hour of service endorsed thereon by me, to: **Jane Doe** as **Household Member** at the address of: **1155 Fairfield Road, Bridgewater, NJ 08807**, the within named person's usual place of **Abode**, who resides therein, who is fourteen (14) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 155, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to  28 USC 1746 that I have read the foregoing document and the facts stated are true and correct. This document was executed on the date endorsed below.

Thomas Moraghan

Date   3/4/26

Our Job Serial Number: DPR-2026000264

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

