# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 2:26-CV-01182-JKS-CF

Plaintiff:
**ZURICH INSURANCE PLC a/s/o Leo Schachter Diamonds LLC,**

vs.

Defendant:
**SAM MILLER and ALLEN MILLER**

For:
SHAN CHEN, ESQ
MAZZOLA LINDSTROM LLP
1350 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Received by DIRECT PROCESS to be served on **Sam Miller, 6 Millie Lane, East Hanover, NJ 07936.**

I, Frank Benevento Jr, do hereby affirm that on the **2nd day of March, 2026** at **3:13 pm,** I:

**SUBSTITUTE** served by delivering a true copy of the **Summons, Complaint, Civil Cover Sheet, Exhibit A, Corporate Disclosure Statement and Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1(a)(2)** with the date and hour of service endorsed thereon by me, to: **Jenny Moshkevich** as **Household Member / Mother in Law** at the address of: **6 Millie Lane, East Hanover, NJ 07936,** the within named person's usual place of **Abode,** who resides therein, who is fourteen (14) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 75, Sex: F, Race/Skin Color: Caucasian, Height: 4'10", Weight: 100, Hair: Black, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

Frank Benevento Jr

3-3-26

Date

DIRECT PROCESS
22 Southern Blvd
Suite 103
Nesconset, NY 11767
(631) 406-6989

Our Job Serial Number: DPR-2026000249
Service Fee: _____

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c

