## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 2:26-CV-01182-JKS-CF

Plaintiff:
**ZURICH INSURANCE PLC a/s/o Leo Schachter Diamonds LLC,**

vs.

Defendant:
**SAM MILLER and ALLEN MILLER**

For:
SHAN CHEN, ESQ
MAZZOLA LINDSTROM LLP
1350 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Received these papers on the 2nd day of April, 2026 at 10:41 am to be served on **Sam Miller, 6 Millie Lane, East Hanover, NJ 07936.**

I, FRANK BENEVENTO JR, do hereby affirm that on the **7th day of April, 2026** at **6:39 pm, I:**

**Served Sam Miller INDIVIDUALLY/PERSONALLY** by delivering a true copy of the **Summons, Complaint, Civil Cover Sheet, Exhibit A, Corporate Disclosure Statement and Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1(a)(2)** at the date and hour of service endorsed above thereon by me, to: **Sam Miller** at the address of: **6 Millie Lane, East Hanover, NJ 07936**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 180, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct. This document was executed on the date endorsed below.

**FRANK BENEVENTO JR**

4-9-26

**Date**

Our Job Serial Number: DPR-2026000476

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e