# EXHIBIT A

Case 2:26-cv-01182-JKS-CF    Document 14-1    Filed 05/15/26    Page 2 of 4 PageID: 38

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------------x

ZURICH INSURANCE PLC a/s/o LEO SCHACHTER
DIAMONDS LLC,

                                                    Plaintiff,

                        -against-

ALM JEWELRY CORP., TOUCH OF CLASS
ENTERPRISES, INC., SAM MILLER and ALLEN MILLER,

                                                    Defendants.

-----------------------------------------------------------------------------x

Index No. 154754/2019

~~[PROPOSED]~~

**JUDGMENT**

**Whereas**, plaintiff Zurich Insurance PLC, a/s/o Leo Schachter Diamonds LLC having

moved for order granting default judgment against ALM Jewelry Corp., Touch of Class

Enterprises, Inc., Sam Miller, and Allen Miller (defendants), and upon review of the papers

submitted in support thereof, Hon. David Benjamin Cohen, JSC issued an order holding the

defendants in default on May 9, 2019; **Order doc#15 dated 11/25/2019**

**Now on motion by attorney for plaintiff, it is**

**Adjudged**, that plaintiff Zurich Insurance PLC of Zurich House, Ballsbridge Park,

Dublin 4, Ireland has judgment against and does recover of defendants ALM Jewelry Corp. of

17-19 West 45th Street, Suite 807, New York, New York 10036; Touch of Class Enterprises,

Inc., of 3393 Long Beach Road, Oceanside, New York, 11572; Sam Miller of 6 Millie Lane, East

Hanover, New Jersey 07936, and 88 Falcon Rd Livingston, NJ 07039-4428; and Allen Miller of

3 Hawthorne Pace, Basking Ridge, New Jersey 07920, jointly and severally, $400,210.82 plus

interest at the statutory rate from May 9, 2019, as calculated by the Clerk of the Court of

**$140,227.29**~~nd costs and disbursements in the amount of $~~_____, for a total

judgment of **$540,438.11**     , and the plaintiff have execution therefor.

                                        **x**

_30 th    Mar.    2023_
**Date**

**FILED**
Mar 30 2023
NEW YORK
COUNTY CLERK'S OFFICE

_Milton Adam Tingling_
**Clerk**

Case 2:26-cv-01182-JKS-CF Document 14-1 Filed 05/15/26 Page 3 of 4 PageID: 39

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

ZURICH INSURANCE PLC, a/s/o Leo Schachter
Diamonds LLC,

         *Plaintiff,*

    -against-

ALM JEWELRY CORP., TOUCH OF CLASS
ENTERPRISES, INC., SAM MILLER and ALLEN
MILLER,

         *Defendants*

---

Index No. 154754/2019

**Affirmation of Waiver of Bill of Costs**

I, Hanoch Sheps, an attorney admitted to practice law before the courts of the State of New York, affirm the truth of the following statements under penalty of perjury and pursuant to New York Civil Practice Law and Rules § 2106.

1.     I am an attorney with the firm Mazzola Lindstrom LLP, which represents plaintiff Zurich Insurance PLC, a/s/o Leo Schachter Diamonds LLC, in the above-captioned action. Having reviewed the file maintained for prosecution of this action, I am fully familiar with the facts and circumstances stated herein.

2.     I submit this affirmation in connection with plaintiff's proposed judgment against defendants ALM Jewelry Corp., Touch of Class Enterprises, Inc., Sam Miller and Allen Miller and hereby waive the bill of costs and disbursements duly taxable.

Dated: October 30, 2020
      New York, New York

                           Mazzola Lindstrom, LLP

By:    Hanoch Sheps
        1350 Avenue of the Americas, 2nd Floor
        New York, New York 10019
        Attorneys for plaintiff Zurich Insurance
        PLC, a/s/o Leo Schachter Diamonds LLC
        646-216-8126
        hanoch@mazzolalindstrom.com

**FILED**
Mar 30 2023
NEW YORK
COUNTY CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------------x

ZURICH INSURANCE PLC, A/S/O LEO SCHACHTER
DIAMONDS LLC,

**Index No. 154754/2019**

Plaintiff,

-against-

ALM JEWELRY CORP., TOUCH OF CLASS
ENTERPRISES, INC., SAM MILLER and ALLEN MILLER,

Defendants.

-------------------------------------------------------------------------------x

---

# **Judgment**

---

19 154754

1–4
**FILED AND
DOCKETED**
Mar 30 2023

AT        09:32 A        M
N.Y. CO. CLK'S OFFICE

MAZZOLA LINDSTROM, LLP
Hanoch Sheps
1350 Avenue of the Americas, 2nd Fl.
New York, New York 10019
Attorneys for plaintiff
646-216-8126
hanoch@mazzolalindstrom.com