# EXHIBIT B

# USPS Tracking®

FAQs ›

**Remove ✕**

**Tracking Number:**

## 9589071052702546955490

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 9:41 am on May 9, 2026 in EAST HANOVER, NJ 07936.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
**Delivered, Individual Picked Up at Post Office**

EAST HANOVER, NJ 07936
May 9, 2026, 9:41 am

**Notice Left (No Authorized Recipient Available)**

EAST HANOVER, NJ 07936
May 8, 2026, 12:59 pm

**Arrived at USPS Regional Facility**

KEARNY NJ DISTRIBUTION CENTER
May 7, 2026, 11:38 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 6, 2026, 6:45 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                     ⌄

Product Information                                                     ⌄

See Less ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs