# EXHIBIT C



## **INVOICE**

Invoice #DPR-2026000249
3/3/2026



**Send Payments To:**
**Direct Process Server LLC**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**Phone: (631) 406-6989**
**Fax: (631) 610-1987**
**26-4340231**

MAZZOLA LINDSTROM LLP
1350 AVENUE OF THE AMERICAS 2ND FL
NEW YORK, NY 10019

Your Contact: Antonio Caquias
**Case Number:  2:26-CV-01182-JKS-CF**

Plaintiff:
**ZURICH INSURANCE PLC a/s/o Leo Schachter Diamonds LLC,**

Defendant:
**SAM MILLER and ALLEN MILLER**

Received: 2/27/2026    Served: 3/2/2026 3:13 pm  SUBSTITUTE - RESIDENTIAL
To be served on: Sam Miller

### **ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service of Process Resident | 1.00 | 145.00 | 145.00 |
| TOTAL CHARGED: | | | $145.00 |

| | | | | |
|---|---|---|---|---|
| 3/3/2026 | CC **75bb | Online Pre-Payment | | 145.00 |

**BALANCE DUE:**                                                                 **$0.00**

**Thank you for your business!**

Payments are due upon receipt of this invoice and payment not received within 10 day are subject to late fees.

Please enclose a copy of this invoice with your payment Make Check  Payable to Direct Process Server LLC.

Payments can be made by visiting https://dpr.sopstatus.com to  pay via credit card or checking account ACH.
Be Kind on Credit Card Fee.Send your payment via Zelle fee free to Zelle@directprocess.com.

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e



**<u>INVOICE</u>**

Invoice #DPR-2026000265
3/3/2026



**Send Payments To:**
**Direct Process Server LLC**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**Phone: (631) 406-6989**
**Fax: (631) 610-1987**
**26-4340231**

MAZZOLA LINDSTROM LLP
1350 AVENUE OF THE AMERICAS 2ND FL
NEW YORK, NY 10019

Your Contact: Antonio Caquias
**Case Number:  2:26-CV-01182-JKS-CF**

Plaintiff:
**ZURICH INSURANCE PLC a/s/o Leo Schachter Diamonds LLC,**

Defendant:
**SAM MILLER and ALLEN MILLER**

Received: 2/27/2026   Non-Served: 3/2/2026  NON-SERVE - DEFENDANT MOVED
To be served on: Sam Miller

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service of Process Resident | 1.00 | 145.00 | 145.00 |
| TOTAL CHARGED: | | | $145.00 |

| | | | |
|---|---|---|---|
| 3/2/2026 | CC **d034 | Online Pre-Payment | 145.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Payments are due upon receipt of this invoice and payment not received within 10 day are subject to late fees.

Please enclose a copy of this invoice with your payment Make Check  Payable to Direct Process Server LLC.

Payments can be made by visiting https://dpr.sopstatus.com to  pay via credit card or checking account ACH.
Be Kind on Credit Card Fee.Send your payment via Zelle fee free to Zelle@directprocess.com.

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e



**INVOICE**

Invoice #DPR-2026000476
4/9/2026



**Send Payments To:**
**Direct Process Server LLC**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**Phone: (631) 406-6989**
**Fax: (631) 610-1987**
**26-4340231**

MAZZOLA LINDSTROM LLP
1350 AVENUE OF THE AMERICAS 2ND FL
NEW YORK, NY 10019

Your Contact: Antonio Caquias
**Case Number:  2:26-CV-01182-JKS-CF**

Plaintiff:
**ZURICH INSURANCE PLC a/s/o Leo Schachter Diamonds LLC,**

Defendant:
**SAM MILLER and ALLEN MILLER**

Received: 4/2/2026   Served: 4/7/2026 6:39 pm  INDIVIDUAL/PERSONAL
To be served on: Sam Miller

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service of Process Resident | 1.00 | 145.00 | 145.00 |
| TOTAL CHARGED: | | | $145.00 |

| | | | |
|---|---|---|---|
| 3/3/2026 | CC **75bb | Online Pre-Payment | 145.00 |

**BALANCE DUE:**                                                                 **$0.00**

**Thank you for your business!**

Payments are due upon receipt of this invoice and payment not received within 10 day are subject to late fees.

Please enclose a copy of this invoice with your payment Make Check  Payable to Direct Process Server LLC.

Payments can be made by visiting https://dpr.sopstatus.com to  pay via credit card or checking account ACH.
Be Kind on Credit Card Fee.Send your payment via Zelle fee free to Zelle@directprocess.com.

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e