**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ZURICH INSURANCE PLC a/s/o Leo Schachter Diamonds LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAM MILLER and ALLEN MILLER (Dismissed),<br><br>                    Defendants. | Civil Action No.:<br>2:26-cv-01182-JKS-CF<br><br>**Declaration of Non-Military Service of Defendant Sam Miller** |

I, Shan Chen, an attorney duly admitted to practice before this Court, hereby certify as follows:

1.      I am the attorney for the plaintiff and I have personal knowledge of the following facts.

2.      Defendant Sam Miller is not in the Armed Services as defined in the Servicemembers Civil Relief Act.

3.      The source of my knowledge is as follows.

4.      Mazzola Lindstrom LLP conducted an investigation and identified Defendant Sam Miller's name, address, and date of birth for purposes of confirming his military status. We omit his date of birth in consideration for his privacy.

5.      Using Sam Miller's name and date of birth, on May 19, 2026, Mazzola Lindstrom LLP inquired of the Department of Defense Manpower Data Center of the United States of America to determine whether he is a member of the Armed Services.

1

6.      The database reported that he is not a member of the military. The certificate returned by the website is attached hereto as **Exhibit A**.

7.      Furthermore, Sam Miller was born in 1958, which would make him in his upper sixties in age today.

8.      Indeed, our process server who met him personally estimated his age at 65 when describing his appearance, and found him at his house, not away on duty. See ECF 11.

9.      Defendant does not satisfy the age requirement listed below.

See https://www.usa.gov/military-requirements:

**Requirements to join the U.S. military**
…
**Age limits**
Each branch of the military has age limits to enlist in active duty:
- Air Force: 17 - 42
- Army: 17 - 35
- Coast Guard: 17 - 41
- Marine Corps: 17 - 28
- Navy: 17 - 41
- Space Force: 17 - 42

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed on May 21, 2026.

Respectfully submitted,

MAZZOLA LINDSTROM, LLP
/s/ Shan Jessica Chen
Shan (Jessica) Chen
*Counsel for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280
(m) 347-652-9046
jessica@mazzolalindstrom.com