**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ZURICH INSURANCE PLC a/s/o Leo Schachter Diamonds LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAM MILLER and ALLEN MILLER (Dismissed)<br><br>Defendants. | Civil Action No.: 2:26-cv-01182-JKS-CF<br><br>**Default Judgment** |

This matter having been brought before the Clerk of Court by and through the attorneys for plaintiff Zurich Insurance PLC a/s/o Leo Schachter Diamonds LLC, on notice to defendant Sam Miller of 6 Millie Lane, East Hanover, New Jersey 07936, in application for default judgment against him due to his failure to plead or otherwise appear, and the Clerk of Court having considered the application, and all submissions in support thereof and opposition thereto, if any, and having found that the plaintiff is entitled to the relief sought for good cause shown:

Pursuant to Fed. R. Civ. P. 55(b)(1), it is on this 30th day of June, 2026, ORDERED that JUDGMENT be entered in favor of plaintiff Zurich Insurance PLC a/s/o Leo Schachter Diamonds LLC, granting the relief sought in plaintiff's complaint as to defendant Sam Miller in the amount of $540,438.11, plus recovery of costs of $405, and disbursements of $435, all totaling $541,278.11, plus post-judgment interest at the annual rate of 9%, from March 30, 2023.

Dated: 6/30/2026

[signature]
____________________